ACCEPTED
05-15-00456-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
9/22/2015 4:41:30 PM
LISA MATZ
CLERK

NO. 15-15-00456-CV

IN THE
COURT OF APPEALS OF TEXAS FOR THE
FIFTH JUDICIAL DISTRICT

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
9/22/2015 4:41:30 PM
LISA MATZ
Clerk

VILLAGE CRESTMONT HOUSTON USA, L.L.C.,
WEST CRESTMONT HOUSTON USA, L.L.C.,

*Appellants,*

vs.

JOSE J. GAITAN, d/b/a EC&J REMODELING
AND PAINTING

*Appellee.*

ON RESTRICTED APPEAL FROM THE
ONE HUNDRED NINETY-FIRST JUDICIAL
DISTRICT COURT, DALLAS COUNTY
(NO. DC-14-08108)

MOTION BY COUNSEL FOR THE APPELLANTS TO WITHDRAW
AND FOR A THIRTY DAY EXTENSION OF
THE BRIEFING DEADLINE (UNOPPOSED)

Matthew Paul Nickson
Texas Bar No. 24056043
2807 East Grove
Houston, Texas 77027
Tel. (713) 204-3247
Fax (713) 961-1031
mpnickson@gmail.com
***Counsel for Appellants***

TO THE HONORABLE JUSTICES OF THE FIFTH COURT OF APPEALS:

1.      Matthew Paul Nickson, counsel for the Appellants, respectfully requests that this Court permit his withdrawal from the representation herein.

Neither the Appellants nor the attorney for the Appellee are/is opposed to this withdrawal.  On September 22, 2015, the Appellants, through their principal, Mr. Abraham Vaknin, were informed via text message of their right to object to this Motion (counsel and Mr. Vaknin are in frequent communication).

1a.     Counsel does not feel that he is able effectively to represent the Appellants.  This is not a tacit concession of the justness of the claim by the Appellee.

1b.     The Appellants have certified that that they are not opposed to this Motion.  Counsel is providing a copy of this Motion to the authorized agent for the Appellants, Mr. Abraham Vaknin, via electronic mail to atmk21@aol.com.  In addition, on September 22, 2015, counsel will cause a copy of this Motion to be sent to Mr. Vaknin via regular mail and certified mail at the following address (which is the address for Mr. Vaknin):

99 Roberts Road
Englewood Cliffs, New Jersey 07632
Tel. (914) 260-3665

2

2.      After a thirty (30)day extension, the brief herein is due to be filed on September 2, 2015.  This briefing deadline is the only extant deadline in this appeal.   Counsel for the Appellants respectfully asks for a thirty day extension of the deadline for filing the opening brief, through and including October 2, 2015.  The purpose of the extension is to benefit the Appellants or new counsel.

<u>PRAYER</u>

Wherefore, premises considered, Matthew Paul Nickson, counsel for the Appellants, respectfully requests that he be withdrawn as counsel of record for the Appellants, and he respectfully asks that the Court grant a thirty day enlargement of time for filing the opening brief for the Appellants.

Respectfully submitted,

/s/ Matthew Paul Nickson

_____
Matthew Paul Nickson
Texas Bar No. 24056043
2807 East Grove
Houston, Texas 77027
Tel. (713) 204-3247
Fax (713) 961-1031
mpnickson@gmail.com
***Counsel for Appellants***

3

## CERTIFICATE OF CONFERENCE

I, Matthew Paul Nickson, hereby certify that I have conferred via e-mail with Mr. Timothy Pletta, counsel for the Appellee. On September 22, 2015, Mr. Pletta stated that he does not oppose this Motion.

/s/ Matthew Paul Nickson

_____

Matthew Paul Nickson
*Counsel for Appellants*


## CERTIFICATE OF SERVICE

The undersigned certifies that, on September 22, 2015, a true and correct copy of the above and foregoing Motion was served, as indicated, in accordance with Rule 9.5 of the Texas Rules of Appellate Procedure, upon the following attorney of record for the Appellee:


*Via ProDoc e-filing:*
Mr. Timothy Gerard Pletta
Attorney at Law
150 Bethel Road
Coppell, Texas 75019


/s/ Matthew Paul Nickson

_____

Matthew Paul Nickson
*Counsel for Appellants*